IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. 2:15cv-12751

## AMENDED SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

    Nancy Bauer

2. Plaintiff's Spouse (if applicable)

    Stanlee Bauer

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    Not applicable.

4. State of Residence

    Florida

5. District Court and Division in which venue would be proper absent direct filing.

    U.S.D.C. Eastern District of Pennsylvania

6. Defendants (Check Defendants against whom Complaint is made):

    ☑   A. Ethicon, Inc.

    ☑   B. Johnson & Johnson

Revised: 5/28/14

☐ C. American Medical Systems, Inc. ("AMS")

☐ D. Boston Scientific Corporation

☐ E. C. R. Bard, Inc. ("Bard")

☐ F. Sofradim Production SAS ("Sofradim")

☐ G. Tissue Science Laboratories Limited ("TSL")

☑ H. Mentor Worldwide LLC

☑ I. Coloplast Corp.

☐ J. Cook Incorporated

☐ K. Cook Biotech, Inc.

☐ L. Cook Medical, Inc.

☐ M. Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐ N. Neomedic International, S.L.

☐ O. Neomedic Inc.

☐ P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction

☑ Diversity of Citizenship

☐ Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 3-11

B. Other allegations of jurisdiction and venue:

Defendants Ethicon Inc., Johnson & Johnson, Coloplast Corporation and Mentor Worldwide, LLC., have significant contacts and regularly conducts business in Pennsylvania specifically within the Eastern District of Pennsylvania.

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- [ ] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [x] TVT
- [ ] TVT-Obturator (TVT-O)
- [ ] TVT-SECUR (TVT-S)
- [ ] TVT-Exact
- [ ] TVT-Abbrevo
- [x] Other

4/7/06 and 8/31/12 Aris (Coloplast Corp., et al)

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- [ ] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [x] TVT

3

- ☐ TVT-Obturator (TVT-O)
- ☐ TVT-SECUR (TVT-S)
- ☐ TVT-Exact
- ☐ TVT-Abbrevo
- ☑ Other

  4/7/06 and 8/31/12 Aris (Coloplast Corp., et al)

10. Date of Implantation as to Each Product:

    9/5/2003 (TVT)

    4/7/06 and 8/31/12 Aris (Coloplast Corp., et al)

11. Hospital(s) where Plaintiff was implanted (including City and State):

    Bay Medical Center, Panama City, FL

12. Implanting Surgeon(s):

    Deborah Edgeworth, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s):

    - ☑ Count I – Negligence
    - ☑ Count II – Strict Liability – Manufacturing Defect
    - ☑ Count III – Strict Liability – Failure to Warn
    - ☑ Count IV – Strict Liability – Defective Product

- ☑ Count V – Strict Liability – Design Defect
- ☑ Count VI – Common Law Fraud
- ☑ Count VII – Fraudulent Concealment
- ☑ Count VIII – Constructive Fraud
- ☑ Count IX – Negligent Misrepresentation
- ☑ Count X – Negligent Infliction of Emotional Distress
- ☑ Count XI – Breach of Express Warranty
- ☑ Count XII – Breach of Implied Warranty
- ☑ Count XIII – Violation of Consumer Protection Laws
- ☑ Count XIV – Gross Negligence
- ☑ Count XV – Unjust Enrichment
- ☑ Count XVI – Loss of Consortium
- ☑ Count XVII – Punitive Damages
- ☑ Count XVIII – Discovery Rule and Tolling
- ☐ Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

s/ _____
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

KLINE & SPECTER                    Lee B. Balefsky, Esquire/25321
A Professional Corporation         Michelle L. Tiger, Esquire/43872
1525 Locust Street
Philadelphia, PA  19102
(215) 772-1000
Attorneys for Plaintiffs

6